# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KENNETH E. BENTON, OBO
K.J.C. and K.B.B., minors and
JASMINE CARSWELL, OBO K.J.C.
and K.B.B., minors,

 Plaintiffs,

v.              Case No. 3:23-cv-1008-TJC-MCR

RELIANT REALTY and RENEWEL
CONSTRUCTION,

 Defendants.

## O R D E R

  This case is before the Court on the Report and Recommendation. Doc. 6. The assigned United States Magistrate Judge recommends dismissing the case without prejudice and directing the clerk to terminate any pending motions and close the file. Id. at 3. No party has filed an objection, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation, Doc. 6, it is hereby

  **ORDERED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 6, is **ADOPTED** as the opinion of the Court.

2. The case is **DISMISSED without prejudice**.

3. The clerk is **DIRECTED** to terminate the pending motion and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, the 18th day of January, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record